IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-02279-MJW

IRMA QUEZADA DOMINGUEZ,

Plaintiff,

v.

SERVICES HPS BEST, LLC,
TERESA SANCHEZ-OLIVAS,
ALFREDO ALEMAN,
EDUARDO SANCHEZ, *also known as Hector De La Rosa*,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In light of the Stipulation for Dismissal with Prejudice (Docket No. 12), it is hereby ORDERED that this case is DISMISSED WITH PREJUDICE, each side to pay its own costs and fees, under Fed. R. Civ. P. 41(a)(1)(A).

Date: November 12, 2015